NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hershkowitz v. Think Tech Labs, LLC, et al.   Docket No.: 15-2318

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Aaron H. Marks, Esq.

Firm: Kasowitz, Benson, Torres & Friedman LLP

Address: 1633 Broadway, New York, N.Y. 10019

Telephone: 212.506.1700   Fax: 212.506.1800

E-mail: amarks@kasowitz.com

Appearance for: Plaintiff-Appellant Warren Hershkowitz
(party/designation)

Select One:
☑ Substitute counsel (replacing lead counsel: Joseph A. Piesco/DLA Piper LLP )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Aaron H. Marks

Type or Print Name: Aaron H. Marks